Joan O. Mills
12 Thorn Court
New Castle, DE 19720

U.S. District Court
Lockbox 18
844 King Street
Wilmington, DE 19801

00-CR-14-GMS

RE: Acct. No. 2000A18249/001

Dear Sir or Madam:

    I know that it has been a long time since I have made a payment on the above account, please be patient with me until I am able to get my finances up to par. Please allow me an additional two months of time to begin making monthly payments. I have been in a financial bond for the last three (3) three years and now I am just getting my finances in order so that I can begin making monthly payments.

    Thank you in advance for your prompt attention in this matter.

    If you have any other questions concerning my financial situation, please see Craig Carpenter as he is aware of my financial struggles.

Sincerely,

Joan O. Mills